**K&L GATES LLP**
10100 Santa Monica Boulevard
Seventh Floor
Los Angeles, California  90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

Robert E. Feyder (SBN 130688)
robert.feyder@klgates.com
James K. Lee (SBN 162350)
james.lee@klgates.com
Michael J. Heyman (SBN 218147)
michael.heyman@klgates.com

Attorneys for Plaintiff,
Ho Suk Gang

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| HO SUK GANG, an individual doing business as Ho Suk Gang, CPA,<br><br>Plaintiff,<br><br>vs.<br><br>CHUL KIM, aka Lawrence Kim, an individual doing business as Chul Kim, EA; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.: SACV 09-1106-AG(FFMx)<br><br>**ORDER DISMISSING COMPLAINT**<br><br>[*Assigned to the Honorable Andrew J. Guilford*] |

The Court, having received and reviewed the Stipulation For Dismissal With Prejudice Pursuant to F. R. Civ. P. 41(a), Docket No. 12, by and between Plaintiff Ho Suk Gang, by and through his counsel, on one hand, and Defendant Chul Kim, aka Lawrence Kim, doing business as Chul Kim, EA, by and through his counsel, on the other hand,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1)   The Complaint is dismissed, with prejudice; and

LA-361990

2) The Court shall retain jurisdiction to enforce the settlement agreement between the parties as provided in the Stipulation for Permanent Injunction, Docket No. 10, and to enforce the Order for Permanent Injunction Against Defendant Chul Kim entered on January 14, 2010, Docket No. 11.

**IT IS SO ORDERED.**

DATED:   January 21, 2010          By: _____
                                       The Honorable Andrew J. Guilford